**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY ARTEAGA,

    Plaintiff,

v.

SUSAN HUBBARD, et al.,

    Defendants.

No. C 15-3950 NC (PR)

**ORDER GRANTING MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

(Docket Nos. 30, 36)

Plaintiff Anthony Arteaga, a California state prisoner proceeding *pro se*, filed a complaint under 42 U.S.C. § 1983. Plaintiff has filed a motion for summary judgment. Plaintiff has since filed a request to voluntary dismiss his motion for summary judgment. The Court construes Plaintiff's request as a motion to withdraw his motion for summary judgment. So construed, the motion is GRANTED.

This order terminates Docket Nos. 30 and 36.

IT IS SO ORDERED.

DATED: April 14, 2016

NATHANAEL M. COUSINS
United States Magistrate Judge